ACCEPTED
12-15-00097-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/24/2015 4:22:51 PM
CATHY LUSK
CLERK

## NO.  12-15-00097-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **12th COURT** |
| | § | |
| **LESTER LEWIS RAINWATER** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/24/2015 4:22:51 PM
CATHY S. LUSK
Clerk

## MOTION TO DISMISS APPEAL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Lester Lewis Rainwater, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

In support of said Motion, Appellant would show this Court that the trial court granted a New Trial pursuant to the motion for New Trial.   Appellant would further show that he has waived his right to appeal.

Respectfully submitted,

JOHN L. YOUNGBLOOD
130 East Corsicana Street
Suite 300
Athens, Texas 75751
Tel: (903) 675-5188
Fax: (903) 677-3902

By: _John L. Youngblood_

John L. Youngblood
State Bar No. 24003222
john@johnlyoungbloodlaw.com
Attorney for Lester Lewis Rainwater

_Lester Lewis Rainwater_

Lester Lewis Rainwater
Appellant

## CERTIFICATE OF SERVICE

This is to certify that on April 24, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Henderson County, 109 West Corsicana Street, Suite 103, Athens, Texas 75751, by electronic service through the Electronic Filing Manager.

_John L. Youngblood_

John L. Youngblood

**STATE OF TEXAS** §
§
**COUNTY OF HENDERSON** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared John L. Youngblood, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

_____
John L. Youngblood
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on April 24_____, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

HALEY JOBE
Notary Public
STATE OF TEXAS
My Comm. Exp. October 15, 2016

_____
Rainwater v. State
Motion to Dismiss Appeal
Page **3** of **5**

**STATE OF TEXAS**        §
                                   §

**COUNTY OF HENDERSON**    §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Lester Lewis Rainwater, who after being duly sworn stated:

"I am the appellant in the above-entitled and numbered cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

_____
Lester Lewis Rainwater
Appellant

**SUBSCRIBED AND SWORN TO BEFORE ME** on
_April 24_____, 2015, to certify which witness my hand and seal of office.

KEVIN MCCARLEY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 10-30-2018

_____
Notary Public, State of Texas

Rainwater v. State
Motion to Dismiss Appeal
Page **4** of **5**

## NO. 12-15-00097-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | 12th COURT |
| | § | |
| LESTER LEWIS RAINWATER | § | OF APPEALS |

## ORDER ON MOTION TO DISMISS APPEAL

On this the _____ day of _____, 2015 came to be heard Appellant's Motion to Dismiss.   After considering said Motion, the Court is of the opinion that said Motion should be and hereby is GRANTED / DENIED.

Signed this the _____ day of _____, 2015.


_____
Judge Presiding